THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| QUIET FOREST III CONDOMINIUM ASSOCIATION,<br><br>            Plaintiff,<br>    v.<br><br>EAGLE WEST INSURANCE, *et al.*,<br><br>            Defendants. | CASE NO. C20-1380-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff's motion for voluntary dismissal (Dkt. No. 15) is self-executing without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the case is DISMISSED with prejudice and without costs or fees to any party.

DATED this 28th day of December 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk